**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SUGITA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>B. PARKER, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00118-AWI-MJS (PC)<br><br>**ORDER DENYING DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE UNENUMERATED RULE 12(b) MOTION**<br><br>**(ECF No. 21)** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter proceeds on claims of medical indifference against Defendants Longia and Salinas and retaliation against Defendant Longia.

　　　　Before the Court is Defendants' March 28, 2014 motion to modify the Court's scheduling order to extend the deadline to file an unenumerated 12(b) motion.

　　　　The motion must be denied. On April 3, 2014, the United States Court of Appeals for the Ninth Circuit issued a decision overruling *Wyatt v. Terhune*, 315 F.3d 1108, 1119 (9th Cir. 2003) with respect to the proper procedure for raising the issue of administrative exhaustion. *Albino v. Baca*, No. 10-55702, 2014 WL 1317141, at *1 (9th Cir. Apr. 3, 2014) (en banc). Following the decision in *Albino*, Defendants may raise the issue of exhaustion

1 in either (1) a motion to dismiss pursuant to Rule 12(b)(6), in the rare event the failure to
2 exhaust is clear on the face of the complaint, or (2) a motion for summary judgment.
3 *Albino*, 2014 WL 1317141, at \*4. An unenumerated Rule 12(b) motion is no longer the
4 proper procedural device for raising the issue of exhaustion. *Id.*

5       Accordingly, in light of the decision in *Albino*, it is HEREBY ORDERED that
6 Defendants' motion to extend time to file an unenumerated 12(b) motion (ECF No. 21) is
7 DENIED.

8
9 IT IS SO ORDERED.

10     Dated:    April 21, 2014              /s/ *Michael J. Seng*
11                                                            UNITED STATES MAGISTRATE JUDGE