UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SUGITA,<br><br>    Plaintiff,<br><br>v.<br><br>B. PARKER, et al.,<br><br>    Defendants. | CASE NO. 1:13-cv-00118-AWI-MJS (PC)<br><br>ORDER VACATING PRETRIAL CONFERENCE DATE<br><br>(ECF No. 37.) |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 28 U.S.C. § 1983. (ECF Nos. 4 & 10.) The action proceeds on a First Amendment retaliation claim against Defendant Longia.[1] (ECF No. 10.)

On July 6, 2015, the Magistrate Judge entered a Second Scheduling Order that set a pretrial conference date of October 5, 2015 and a trial date of December 1, 2015. (ECF No. 37.) The order also required Plaintiff to file a pretrial statement by September 7, 2015, and Defendant to file a responsive statement by September 21, 2015. (ECF No. 37.) Plaintiff failed to file a pretrial statement.

---

[1] The Court granted Defendants Salinas and Longia's motions for summary judgment on the Eighth Amendment medical indifference claims. (ECF No. 36.)

On September 16, 2015, the Magistrate Judge ordered Plaintiff to show cause why the case should not be dismissed for failure to comply with a court order. (ECF No. 42.) Plaintiff was granted fourteen days to respond. In order to allow time for Plaintiff's response and the Court to address the pending order to show cause, it is necessary to vacate the pretrial conference date. Following resolution of the order to show cause, the Court will set a new pre-trial conference date if necessary.

Accordingly, it is HEREBY ORDERED that the pretrial conference date of October 5, 2015 is VACATED.

IT IS SO ORDERED.

Dated:   September 28, 2015                          _____
                                                     SENIOR DISTRICT JUDGE

2