UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SUGITA,<br><br>    Plaintiff,<br><br>v.<br><br>B. PARKER, et al.,<br><br>    Defendants. | CASE NO. 1:13-cv-00118-AWI-MJS (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING DEADLINE FOR DEFENDANT'S PRETRIAL STATEMENT<br><br>(ECF No. 42)<br><br>FOURTEEN (14) DAY DEADLINE |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF Nos. 4 & 10.) The action proceeds on a First Amendment retaliation claim against Defendant Longia.[1] (ECF No. 10.)

On July 6, 2015, the Court issued a second scheduling order, requiring Plaintiff to file and serve a pretrial statement on or before September 7, 2015. (ECF No. 37.) The deadline for Plaintiff to file a pretrial statement passed without Plaintiff filing her statement or seeking an extension of time to do so.

---

[1] The Court granted Defendants Salinas and Longia's motions for summary judgment on the Eighth Amendment medical indifference claims. (ECF No. 36.)

Accordingly, on September 16, 2015, the Court ordered Plaintiff to show cause why her action should not be dismissed with prejudice for failure to obey a court order or to file a pretrial statement. (ECF No. 42.) Plaintiff responded that she had mailed her pretrial statement to the Court on August 26, 2015; since the Court had not received it, she re-submitted it . (ECF No. 46.)

Based on the foregoing, it is HEREBY ORDERED that:

1. The order to show cause (ECF No. 42) is DISCHARGED;

2. Defendant has fourteen days from the date of service of this order to file his pretrial statement;

3. This matter is set for telephonic trial confirmation hearing before the Honorable Anthony W. Ishii on November 16, 2015, at 3:00 p.m. in Courtroom 2; and

4. Counsel for Defendant is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at (559) 499-5660.

IT IS SO ORDERED.

Dated:   October 5, 2015             /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE